MAGISTRATE JUDGE DONOHUE

06-CR-05594-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ARNOLD WILLIAMS, ) <br> ) <br> Defendant. ) | NO. CR06-5594 <br><br> ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the trial date be continued to December 18, 2006. The resulting period of delay from October 23, 2006, to December 18, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

DONE this 23rd day of October, 2006.

JAMES P. DONOHUE
UNITED STATES MAGISTRATE JUDGE

Presented By:

/s/ Jerome Kuh
Jerome Kuh
Attorney for Defendant

/s/ Captain Kenneth Tyndal
Captain Kenneth Tyndal
Special Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE                    1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710